UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CROCKER JACOBS,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>        Defendant. | Case No. 21-cv-01687-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 61, 62 |

The parties gave notice of a conditional settlement on March 6, 2023, to be completed within 60 days. Dkt. 61. No notice of dismissal or other activity appears on the docket since that date. Plaintiff is ORDERED TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMSSED WITH PREJUDICE for failure to prosecute within ten days of this Order. Failure to respond to this Order To Show Cause shall result in a dismissal with prejudice on or after September 26, 2023.

**IT IS SO ORDERED.**

Dated: September 14, 2023



William H. Orrick
United States District Judge