UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CROCKER JACOBS,<br><br>             Plaintiff,<br><br>    v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>             Defendant. | Case No. 3:21-cv-01687-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 63 |

The parties gave notice of a conditional settlement on March 6, 2023, to be completed within 60 days. Dkt. 61. Because no notice of dismissal or other activity appeared on the docket since that date, I issued an Order to Show Cause regarding why this case should not be dismissed with prejudice for failure to prosecute. Dkt. 63. The parties were ordered to respond by September 26, 2023. They have not done so.

Therefore, under Federal Rule 41(b), this case is hereby DISMISSED with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
William H. Orrick
United States District Judge